O / F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  DEC 1 0 2018  ★

BROOKLYN OFFICE

TOVIA JAKUBOWITZ, individually
and on
behalf of all others similarly situated;
          Plaintiff,

v.                                                    CASE NO.:   1:18-cv-04197-ARR-RLM

AMERICAN CORADIUS INTERNATIONAL
LLC, and John Does 1-25.
          Defendant.

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for the Plaintiff and Defendant American Coradius International, LLC., in the above captioned

action, that whereas no party hereto is an infant, incompetent person for whom a committee has

been appointed or conservatee, and no person not a party has an interest in the subject matter of

the action, that this action is dismissed as to American Coradius International, LLC. with

prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure.

**Dated:** December 6, 2018

| **For Plaintiff Tovia Jakubowitz** | **For Defendant American Coradius International, LLC.** |
|---|---|
| */s/ Daniel Kohn* <br> Daniel Kohn, Esq. <br> Stein Saks, PLLC <br> 285 Passaic Street <br> Hackensack, NJ 07601 <br> 201-282-6500 <br> dkohn@steinsakslegal.com | */s/ Aaron R. Easley* <br> Aaron R. Easley, Esq. <br> Sessions, Fishman, Nathan & Israel <br> 3 Cross Creek Drive <br> Flemington, New Jersey 08822-4938 <br> 908-2371660 <br> aeasley@sessions.legal |

So ordered

/s/(ARR)                                    USDS

1

## CERTIFICATE OF SERVICE

I certify that on December 6, 2018, a copy of the foregoing was filed electronically in the

ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's

electronic filing system. Parties may access this filing through the Court's system.

*/s/ Daniel Kohn*
Daniel Kohn, Esq.
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
*Attorneys for Plaintiff*